## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE APELACIONES
## PANEL V

| MÓNICA ECHEVARRÍA GARCÍA, <br><br> Peticionaria, <br><br> v. <br><br> EMILIO F. MORRIS ROSA, <br><br> Recurrida. | KLCE202400222 | *CERTIORARI* procedente de Tribunal de Primera Instancia, Sala Superior de San Juan. <br><br> Civil núm.: K CU2016-0258. <br><br> Sobre: custodia. |
|---|---|---|

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

### RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de marzo de 2024.

La peticionaria, señora Mónica Echevarría García, solicita que revisemos y revoquemos la *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan, el 13 de diciembre de 2023[1], mediante la cual el foro primario declaró sin lugar la solicitud de custodia y traslado de la menor ZME presentada por la señora Echevarría el 4 de diciembre de 2023[2].

El 18 de marzo de 2024, el señor Morris presentó su oposición a la expedición del auto de *certiorari*. Adjuntó a la misma documentos pertinentes que no habían sido anejados al recurso instado por la señora Echevarría.

Dada la naturaleza de la controversia ante nuestra consideración[3], hemos evaluado con detenimiento este recurso, su oposición y los documentos pertinentes; ello, a la luz del derecho aplicable. Realizado este

---

[1] *Véase*, apéndice del recurso, a las págs. 1-3.

[2] Las partes del título son los progenitores de la menor ZME.

[3] Es decir, si el foro primario erró al no reiniciar el proceso de evaluación de la relocalización de la menor, según propuesta por la peticionaria, y a tan solo un año desde la resolución del 21 de febrero de 2023, que había denegado la relocalización.

Número identificador

RES2024_____

ejercicio, concluimos que procede denegar la expedición del auto de *certiorari*[4].

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[4] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.